CHARLES WAKEFIELD, APPELLANT, v. GEORGE W. WAKEFIELD, APPELLEE.

FILED JANUARY 29, 1915. No. 17,970.

Appeal: AFFIRMANCE. A judgment will not be reversed on appeal, where it is the only one sustainable under the pleadings and the evidence.

APPEAL from the district court for Douglas county: CHARLES LESLIE, JUDGE. Affirmed.

John M. Macfarland and A. J. Kinnersley, for appellant.

E. H. Westerfield and R. M. Crossman, contra.

ROSE, J.

The petition contains two counts one for a balance of $2,300 deposited with Jacquith & Company for the use of defendant at his request under an oral promise by him to pay back the money, and the other for $800 likewise deposited with Lampsen Brothers. At the close of plaintiff's testimony, the trial court directed a verdict for defendant.

Plaintiff asserts that there was error in taking the case from the jury. The parties to the suit are brothers. A portion of the testimony of plaintiff tends to show that he made deposits as pleaded by him, and that defendant promised to return the money with interest. All testimony of this nature, however, was positively contradicted by defendant, while he was testifying as a witness for plaintiff. It is conclusively established that Jacquith & Company and

Lampsen Brothers were bucket-shop keepers, and that the funds in question were, for plaintiff's own use, knowingly deposited with them for gambling purposes in buying and selling grain on margins. The evidence will admit of no other inference. Defendant had no connection with the bucket-shops except as a customer. Courts do not grant relief under the circumstances shown. No other verdict than that rendered could be upheld. The judgment thereon is

AFFIRMED.

MORRISSEY, C. J., BARNES and SEDGWICK, JJ., not sitting.